## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CYNTHIA N. DUNNE, as Trustee of the Cynthia N. Dunne Revocable Trust,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LADUE, et al.,<br><br>Defendants. | Case No. 4:19-cv-02702 SPM |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia N. Dunne, as Trustee of the Cynthia N. Dunne Revocable Trust, by and through counsel, and Defendants City of Ladue and Roger Stewart in his official capacity as City of Ladue Building Commissioner, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above captioned action is dismissed with prejudice with each party to bear their own attorney fees and costs.

Respectfully Submitted,

| SUMMERS COMPTON WELLS | PAULE, CAMAZINE & BLUMENTHAL, P.C. |
|---|---|
| /s/ Jill R. Rembusch | /s/ D. Keith Henson |
| Jill R. Rembusch    #46251MO | D. Keith Henson    #31988MO |
| 8909 Ladue Road | 165 North Meramec Ave., Ste. 110 |
| St. Louis, Missouri 63124 | St. Louis, Missouri 63105 |
| (314) 991-4999 | (314) 727-2266 |
| Facsimile (314) 991-2413 | Facsimile (314) 727.2101 |
| jrembusch@summerscomptonwells.com | kenson@bcblawfirm.com |
| *Attorneys for Plaintiff Cynthia N. Dunne as Trustee of the Cynthia N. Dunne Revocable Trust* | *Attorneys for Defendants City of Ladue and Roger Stewart, in his official capacity as City of Ladue Building Commissioner* |